IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| JOE LENARD RODRIGUEZ | Violations: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), 841(b)(1)(C), and 846; and 18 U.S.C. § 2 |

COUNT ONE

**Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances**

The Grand Jury Charges:

From on or between July 1, 2017, and the date of this Indictment, in the District of North Dakota, and elsewhere,

JOE LENARD RODRIGUEZ

did knowingly and intentionally combine, conspire, confederate, and agree with others, both known and unknown to the grand jury, to possess with intent to distribute and distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, and a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), 841(b)(1)(C), and Title 18, United States Code, Section 2.

Overt Acts

In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the conspirators committed the following overt acts:

1. It was a part of said conspiracy that the defendant and others did possess with intent to distribute and did distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, within the states of North Dakota, Texas, and elsewhere;

2. It was further a part of said conspiracy that the defendant and others did possess with intent to distribute and did distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, within the states of North Dakota, Texas, and elsewhere;

3. It was further a part of said conspiracy that the defendant and others would and did attempt to conceal their activities;

4. It was further a part of said conspiracy that the defendant and others would and did use telecommunication facilities; and

5. It was further a part of said conspiracy that the defendant and others would and did use United States currency in their drug transactions;

In violation of Title 21, United States Code, Section 846; Pinkerton v. United States, 328 U.S. 640 (1946).

COUNT TWO

**Distribution of a Controlled Substance**

The Grand Jury Further Charges:

On or about August 1, 2017, in the District of North Dakota,

JOE LENARD RODRIGUEZ

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT THREE

### Distribution of a Controlled Substance

The Grand Jury Further Charges:

On or about August 2, 2017, in the District of North Dakota,

### JOE LENARD RODRIGUEZ

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FOUR

### Distribution of a Controlled Substance

The Grand Jury Further Charges:

On or about August 14, 2017, in the District of North Dakota,

### JOE LENARD RODRIGUEZ

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FIVE

**Distribution of a Controlled Substance**

The Grand Jury Further Charges:

On or about August 16, 2017, in the District of North Dakota,

## JOE LENARD RODRIGUEZ

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT SIX

**Distribution of a Controlled Substance**

The Grand Jury Further Charges:

On or about October 24, 2017, in the District of North Dakota,

### JOE LENARD RODRIGUEZ

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT SEVEN

**Possession with Intent to Distribute Controlled Substances**

The Grand Jury Further Charges:

On or about November 9, 2017, in the District of North Dakota,

### JOE LENARD RODRIGUEZ

did knowingly and intentionally possess with intent to distribute fifty grams or more of methamphetamine (actual), a Schedule II controlled substance, and a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), 841(b)(1)(C), and Title 18, United States Code, Section 2.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Christopher C. Myers
CHRISTOPHER C. MYERS
United States Attorney

JTR:vt